1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LARRY BAILEY,                              1:13-cv-00871-GSA-(HC)

12           Petitioner,                         ORDER TRANSFERRING CASE TO THE
                                                 UNITED STATES DISTRICT COURT FOR
13    vs.                                        THE CENTRAL DISTRICT OF
                                                 CALIFORNIA
14    JOHN N. KATAVICH,

15           Respondent.

16    _____/

17

18           Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

19    U.S.C. § 2254.

20           The federal venue statute requires that a civil action, other than one based on diversity

21    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

22    reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

23    giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

24    situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

25    the action may otherwise be brought." 28 U.S.C.  §  1391(b).

26           In this case, the petitioner is challenging a conviction from Los Angeles County, which is in the

27    Central District of California.  Therefore, the petition should have been filed in the United States District

28    Court for the Central  District of California.  In the interest of justice, a federal court may transfer a case

-1-

1  filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

2  918, 932 (D.C. Cir. 1974).

3      Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

4  District Court for the Central District of California.

5      IT IS SO ORDERED.

6  **Dated:    June 17, 2013**          **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28